■ In the Matter of RONALD RIVERS, Appellant, v GEORGE ALEXANDER, as Chair of the Division of Parole, Respondent. [886 NYS2d 925]—Appeal from a judgment of the Supreme Court (Connolly, J.), entered February 11, 2009 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Petitioner, serving a prison sentence of 20 years to life upon his conviction of criminal possession of a controlled substance

in the first degree, commenced this CPLR article 78 proceeding challenging a January 2007 determination of the Board of Parole denying his request for parole release. The Attorney General has advised this Court that petitioner reappeared before the Board in August 2008 at which time his request for parole release was again denied. In view of petitioner's reappearance, the instant appeal is moot and must be dismissed (*see Matter of Alvarez v New York State Div. of Parole*, 63 AD3d 1402 [2009]; *Matter of Johnson v New York State Div. of Parole*, 54 AD3d 464, 464-465 [2008], *lv denied* 11 NY3d 711 [2008]).

Cardona, P.J., Spain, Lahtinen, Stein and McCarthy, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.